# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

May 1, 2012

Before:

WILLIAM J. BAUER, Circuit Judge

RICHARD A. POSNER, Circuit Judge

MICHAEL S. KANNE, Circuit Judge

| Nos.: 10-2407 & 11-2133 | STEVEN J. THOROGOOD, individually and on behalf of all others similarly situated, <br> Plaintiff - Appellee/Cross - Appellant <br><br> v. <br><br> SEARS, ROEBUCK & COMPANY, <br> Defendant - Appellant/Cross - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:06-cv-01999 <br> Northern District of Illinois, Eastern Division <br> District Judge Harry D. Leinenweber ||

The district court is ordered to **VACATE** the injunction, in accordance with the decision of this court entered on this date. No award of costs in this court.